```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
BONNIE L. HOBBS (Cal. Bar No. 208525)
Assistant United States Attorneys
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-4477/4447
     Facsimile:  (213) 894-6436
     E-mail:  mark.aveis@usdoj.gov
              bonnie.hobbs@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  CR 05-804-DSF |
| | )      CR 05-805-DSF |
| Plaintiff, | )      CR 05-806(A)-DSF |
| | ) |
| v. | ) <u>ORDER RE: GOVERNMENT'S MOTION TO</u> |
| | ) <u>DISMISS INDICTMENTS AS TO DEFENDANT</u> |
| CHAO TUNG WU, | ) <u>CHAO TUNG WU ONLY</u> |
|   aka "John Wu," | ) |
| | ) |
| Defendant. | ) |

In accordance with the Government's Motion to Dismiss Indictments as to Defendant Chao Tung Wu Only, and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the indictments in the above-referenced cases be dismissed with prejudice <u>as to defendant Chao Tung Wu, aka "John Wu," only</u> pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and that defendant's bond be exonerated, based upon the death of defendant

on June 10, 2008 at the Vista Specialty Hospital in Baldwin Park, California, of the causes set forth in the Certificate of Death attached to the government's motion as Exhibit A.

DATED: December 17, 2008

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Prepared by:

_____
BONNIE L. HOBBS
Assistant United States Attorney